

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00333-CV

EMMETT ROGERS                                                        APPELLANT

V.

ROBERT ORR; WAL-MART                                                  APPELLEES
STORES TEXAS, LLC D/B/A WAL-
MART STORES TEXAS 2007, LLC
AND D/B/A WALMART; AND
WALKCON, LTD.

----------

### FROM THE 43RD DISTRICT COURT OF PARKER COUNTY

----------

## MEMORANDUM OPINION AND JUDGMENT[1]

----------

We have considered the "Agreed Motion To Dismiss As To Walmart," filed

by appellee Wal-Mart Stores Texas, LLC d/b/a Wal-Mart Stores Texas 2007, LLC

and d/b/a Walmart.  It is the court's opinion that the motion should be granted;

therefore, we dismiss the appeal of Emmett Rogers against appellee Wal-Mart

---

[1]See Tex. R. App. P. 47.4.

Stores Texas, LLC d/b/a Wal-Mart Stores Texas 2007, LLC and d/b/a Walmart only. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). This case shall hereafter be styled "*Emmett Rogers v. Robert Orr and Walkcon, Ltd.*"

Costs of the appeal between appellant and appellee Wal-Mart Stores Texas, LLC d/b/a Wal-Mart Stores Texas 2007, LLC and d/b/a Walmart shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED: March 28, 2013